## YANCY *v.* UNITED STATES.

No. 47.   Argued December 8–9, 1959.—Decided April 18, 1960.

*Seymour B. Goldman* argued the cause and filed a brief for petitioner.

*John L. Murphy* argued the cause for the United States. On the brief were *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *J. F. Bishop.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.